# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
| --- | --- | --- |
| | § | |
| BLASSINGAME, CRAIG | § | Case No. 12-21257 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   CLERK OF THE COURT
   219 s. DEARBORN STREET
   CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 07/19/2013 in Courtroom 4016,
   Henry Hyde Judicial Office Facility
   505 N. County Farm Road
   Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/17/2013          By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
BLASSINGAME, CRAIG § Case No. 12-21257
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 34,550.76 |
| and approved disbursements of | $ | 4,099.44 |
| leaving a balance on hand of[1] | $ | 30,451.32 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 3,805.08 | $ 0.00 | $ 3,805.08 |
| Other: International Sureties Ltd | $ 30.92 | $ 30.92 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 3,805.08 |
| Remaining Balance | | $ | 26,646.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 119.94 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Illinois Dept of Revenue | $ 119.94 | $ 0.00 | $ 119.94 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 119.94 |
| Remaining Balance | $ | 26,526.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 88,954.49 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Quantum3 Group LLC as agent | $ 10,254.78 | $ 0.00 | $ 3,057.98 |
| 2 | James Bolt DDS | $ 137.50 | $ 0.00 | $ 41.00 |
| 4 | Lake Michigan Credit Union | $ 829.06 | $ 0.00 | $ 247.23 |
| 5 | Lake Michigan Credit Union | $ 8,849.81 | $ 0.00 | $ 2,639.02 |
| 6 | Sallie Mae | $ 20,711.03 | $ 0.00 | $ 6,176.05 |
| 7 | Great Lakes Higher Education Guaranty Co | $ 48,172.31 | $ 0.00 | $ 14,365.02 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 26,526.30 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 41.90 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3A | Illinois Dept of Revenue | $ 41.90 | $ 0.00 | $ 0.00 |

|  |  |
|---|---|
| Total to be paid to subordinated unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Prepared By: /s/Brenda Porter Helms
                                                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Craig Blassingame  
    Debtor

Case No. 12-21257-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dross     Page 1 of 3     Date Rcvd: Jun 18, 2013  
               Form ID: pdf006    Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2013.

```
db          +Craig Blassingame,    2255 Oakridge Drive, Apt. 16,    Aurora, IL 60502-4554
18953879    +Adventist Hinsdale Hospital,    120 N. Oak Street,    Hinsdale, IL 60521-3890
18953881    +Allied Collection Group,    400 Allied Court,    Zeeland, MI 49464-2219
18953883    +Butterfield Oaks,    2288 Oakmeadow Drive,    Aurora, IL 60502-4506
18953884     Central DuPage Emergency Physicians,    25 N. Winfield Rd.,    Winfield, IL 60190
18953885    +Central DuPage Hospital,    25 N. Winfield Rd.,    Winfield, IL 60190-1295
18953886    +Comcast,    1701 JFK Blvd.,    Philadelphia, PA 19103-2899
18953887    +Culligan of Greenville Rockford,    817 S. Lafayette St.,    Greenville, MI 48838-2319
18953889    +Dreyer Medical Clinic,    1870 W. Galena Blvd,    Aurora, IL 60506-4387
18953891    +Farnsworth Dental Group,    1780 N. Farnsworth Ave,    Suite A,    Aurora, IL 60505-1582
18953892    +Firstsource Advantage LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
18953893    +Grand Dental Associates, P.C.,    1780 N. Farnsworth Ave.,    Aurora, IL 60505-1576
18953894    +Great Lakes Higher Education Group,    2401 International Lane,    Madison, WI 53704-3192
19803745    +Great Lakes Higher Education Guaranty Corp,    P O Box 8970,    Madison, WI 53708-8970
18953899    +ICS Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
18953901   ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section, Level 7-425,
              100 W. Randolph St.,    Chicago, IL 60106)
18953900    +Illinois Collection Service, Inc.,    P.O. Box 1010,    Tinley Park, IL 60477-9110
19700239     Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
18953902    +Inpatient Consultants of Illinois,    15 Salt Creek Lane,    Suite 111,    Hinsdale, IL 60521-2962
19690555   #+James Bolt DDS,    Dr James Bolt & Dr James Papp,    2350 32nd St,    Grand Rapids, MI 49508-7901
18953904    +Lake Michigan Credit Union,    PO Box 2848,    Grand Rapids, MI 49501-2848
19707847    +Lake Michigan Credit Union,    Attn Linda Zandstra,    PO Box 2848,    Grand Rapids, MI 49501-2848
18953905    +Macolm S. Gerald & Associates, Inc.,    332 S. Michigan Avenue,    Suite 600,
              Chicago, IL 60604-4318
18953906    +Mary Ann Blassingame,    109 Sandstone Drive,    Apt. 2,    Grand Ledge, MI 48837-1839
18953907    +Medical Business Bureau,    1460 Renaissance Dr.,    Park Ridge, IL 60068-1349
18953908    +Merchants Credit Guide,    223 W. Jackson Blvd,    Suite 410,    Chicago, IL 60606-6908
18953909    +Money Recovery Nationwide,    8155 Executive Court,    Suite 10,    Lansing,MI 48917-7774
18953910    +Penn Credit,    916 S 14th St.,    PO Box 988,    Harrisburg, PA 17108-0988
18953911   #+R. James Bolt DDS MS,    2350 32nd St. SE 100,    Grand Rapids, MI 49508-7901
18953912    +Rush-Copley Medical Center,    2000 Ogden Avenue,    Aurora, IL 60504-7222
18953915    +State of Michigan/Child Support,    PO Box 30478,    Lansing, MI 48909-7978
18953916    +Stellar Recovery,    1327 Highway 2 W,    Suite 100,    Kalispell, MT 59901-3413
18953917    +TEK Collect,    PO Box 1269,    Columbus, OH 43216-1269
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18953882     E-mail/Text: bankruptcynotices@bmwfs.com Jun 19 2013 02:47:16    BMW Financial Services,
              5515 Park Center Circle,    Dublin, OH 43017
18953888    +E-mail/Text: ana@divservgrp.com Jun 19 2013 02:02:34    Diversified Services Group,
              1824 W. Grand Avenue,    Suite 200,    Chicago, IL 60622-6721
18953895    +E-mail/Text: bankruptcy@hraccounts.com Jun 19 2013 01:49:26    H&R Accounts,
              7017 John Deere Parkway,    Moline, IL 61265-8072
18953896    +E-mail/Text: dleabankruptcy@hrblock.com Jun 19 2013 01:56:49    H&R Block,    One H&R Block Way,
              Kansas City, MO 64105-1905
18953897    +E-mail/Text: bkynotice@harvardcollect.com Jun 19 2013 01:55:59
              Harvard Collection Services, Inc.,    4839 N. Elston Avenue,    Chicago, IL 60630-2589
18953898     E-mail/Text: Bankruptcy@icsystem.com Jun 19 2013 02:32:25    I C System Collections,
              PO Box 64378,    Saint Paul, MN 55164-0378
18953903     E-mail/Text: cio.bncmail@irs.gov Jun 19 2013 01:44:54    Internal Revenue Service,
              Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
19684110     E-mail/Text: bnc-quantum@quantum3group.com Jun 19 2013 02:02:04
              Quantum3 Group LLC as agent for,    Crown Asset Management LLC,    PO Box 788,
              Kirkland, WA  98083-0788
18953913     E-mail/PDF: pa_dc_claims@salliemae.com Jun 19 2013 02:07:27    Sallie Mae,    P.O. Box 9500,
              Wilkes Barre, PA 18773-9500
18953914    +E-mail/Text: resource.accountbc67c@spectrumhealth.org Jun 19 2013 02:31:10
              Spectrum Health Urgent Care,    1840 Wealthy Street SE,    Grand Rapids, MI 49506-2968
19797407    +E-mail/PDF: pa_dc_claims@salliemae.com Jun 19 2013 02:11:16    sallie mae,    c/o sallie mae inc.,
              220 lasley ave.,    wilkes-barre pa 18706-1496
                                                                                              TOTAL: 11
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18953880*   +Adventist Hinsdale Hospital,    120 N. Oak St,    Hinsdale, IL 60521-3890
18953890*   +Dreyer Medical Clinic,    1870 W. Galena Blvd.,    Aurora, IL 60506-4387
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dross              Page 2 of 3           Date Rcvd: Jun 18, 2013
                              Form ID: pdf006          Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2013**                      **Signature:**   *Joseph Speetjens*

```
District/off: 0752-1          User: dross              Page 3 of 3              Date Rcvd: Jun 18, 2013
                              Form ID: pdf006          Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2013 at the address(es) listed below:
          Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Dennise L. McCann    on behalf of Debtor Craig  Blassingame mccann@aandalaw.com, wheaton@aandalaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          TOTAL: 3