# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
BLASSINGAME, CRAIG                  §    Case No. 12-21257
                                    §
            Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Craig Blassingame |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| INTERNATIONAL SURETIES LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mary Ann Blassingame;109 Sandstone Drive;Apt. 2;Grand Ledge, MI 48837 | | | | | |
| 3 | ILLINOIS DEPT OF REVENUE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Collection Group 400 Allied Court Zeeland, MI 49464 | | | | | |
| | Diversified Services Group 1824 W. Grand Avenue Suite 200 Chicago, IL 60622 | | | | | |
| | Firstsource Advantage LLC 205 Bryant Woods South Buffalo, NY 14228 | | | | | |
| | Grand Dental Associates, P.C. 1780 N. Farnsworth Ave. Aurora, IL 60505 | | | | | |
| | Great Lakes Higher Education Group 2401 International Lane Madison, WI 53704 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H&R Accounts 7017 John Deere Parkway Moline, IL 61266-0672 | | | | | |
| | I C System Collections PO Box 64378 Saint Paul, MN 55164-0378 | | | | | |
| | I C System Collections PO Box 64378 Saint Paul, MN 55164-0378 | | | | | |
| | ICS Collection Service PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | Illinois Collection Service, Inc. P.O. Box 1010 Tinley Park, IL 60477 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126 Philadelphia, PA 19114 | | | | | |
| | Lake Michigan Credit Union PO Box 2848 Grand Rapids, MI 49502 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macolm S. Gerald & Associates, Inc. 332 S. Michigan Avenue Suite 600 Chicago, IL 60604 | | | | | |
| | Medical Business Bureau 1460 Renaissance Dr. Park Ridge, IL 60068 | | | | | |
| | Merchants Credit Guide 223 W. Jackson Blvd Suite 410 Chicago, IL 60606 | | | | | |
| | Money Recovery Nationwide 801 S. Waverly Rd Lansing, MI 48917 | | | | | |
| | Penn Credit 916 S 14th St. PO Box 988 Harrisburg, PA 17108 | | | | | |
| | Stellar Recovery 1327 Highway 2 W Suite 100 Kalispell, MT 59901 | | | | | |
| | TEK Collect PO Box 1269 Columbus, OH 43216 | | | | | |
| 2 | BOLT DDS, JAMES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | GREAT LAKES HIGHER EDUCATION GUARAN | | | | | |
| 1 | QUANTUM3 GROUP LLC AS AGENT | | | | | |
| 6 | SALLIE MAE | | | | | |
| 4 | UNION, LAKE MICHIGAN CREDIT | | | | | |
| 5 | UNION, LAKE MICHIGAN CREDIT | | | | | |
| 3A | ILLINOIS DEPT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-21257 | Judge: DONALD R. CASSLING |
| Case Name: | BLASSINGAME, CRAIG | |
| For Period Ending: | 09/23/13 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 05/24/12 (f) |
| 341(a) Meeting Date: | 08/28/12 |
| Claims Bar Date: | 01/28/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT #XX-1150 FIFTH THIRD BANK WARRENV | 675.00 | 0.00 | | 0.00 | FA |
| 2. ORDINARY HOUSEHOLD GOODS AND FURNISHINGS | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. ORDINARY WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 4. VANGUARD 401(K) THRIFT & SAVINGS PLAN-XX3552 | 357.00 | 0.00 | | 0.00 | FA |
| 5. INHERITANCE IN FATHER'S ESTATE | 32,000.00 | 0.00 | | 34,550.76 | FA |

TOTALS (Excluding Unknown Values) $35,032.00 $0.00 $34,550.76

Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 05/30/12   Current Projected Date of Final Report (TFR): 05/30/13

LFORM1
**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-21257 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | BLASSINGAME, CRAIG | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1467 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9842 | | | |
| For Period Ending: | 09/23/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/15/13 | | Estate of Carl Blassingame<br>Valerie Alexander Adminstratorr | liquidation of father's estate | 34,550.76 | | | | | 34,550.76 |
| 02/15/13 | 5 | Asset Sales Memo: | INHERITANCE IN FATHER'S ESTATE<br>$34,550.76 | | | | | | 34,550.76 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | | | 30.92 | | | 34,519.84 |
| 02/28/13 | 010002 | Craig Blassingame | debtor's exemption | | | 4,000.00 | | | 30,519.84 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -23.19 | | 30,496.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | | | | -45.33 | | 30,451.32 |
| 07/22/13 | 010003 | Brenda Porter Helms | trustee compensation | | | 3,805.08 | | | 26,646.24 |
| 07/22/13 | 010004 | Illinois Dept of Revenue | final distribution | | | 119.94 | | | 26,526.30 |
| 07/22/13 | 010005 | Quantum3 Group LLC | final distribution | | | 3,057.98 | | | 23,468.32 |
| 07/22/13 | 010006 | James Bolt DDS<br>2350 32nd St<br>Grand Rapids MI 49508 | final distribution | | | 41.00 | | | 23,427.32 |
| 07/22/13 | 010007 | Lake Michigan Credit Union<br>Attn: Linda Zandstra<br>P.O. Box 2848<br>Grand Rapids MI 49525 | final distribution | | | 247.23 | | | 23,180.09 |
| 07/22/13 | 010008 | Lake Michigan Credit Union | Final Distribution | | | 2,639.02 | | | 20,541.07 |
| 07/22/13 | 010009 | Sallie Mae<br>c/o Sallie Mae Inc.<br>220 Lasley Ave<br>Wilkes Barre PA 18706 | Final Distribution | | | 6,176.05 | | | 14,365.02 |
| 07/22/13 | 010010 | Great Lakes Higher Education Guaranty Co<br>P.O. Box 8970<br>madison WI 53704 | Final Distribution | | | 14,365.02 | | | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-21257 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | BLASSINGAME, CRAIG | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1467 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9842 | | |
| For Period Ending: | 09/23/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

|  | Account *******1467 | Balance Forward | 0.00 | | 10 | Checks | 34,482.24 |
|---|---|---|---|---|---|---|---|
|  | 1 | Deposits | 34,550.76 | | 2 | Adjustments Out | 68.52 |
|  | 0 | Interest Postings | 0.00 | | 0 | Transfers Out | 0.00 |
|  |  | Subtotal | $ 34,550.76 | | | | |
|  |  | | | | | Total | $ 34,550.76 |
|  | 0 | Adjustments In | 0.00 | | | | |
|  | 0 | Transfers In | 0.00 | | | | |
|  |  | Total | $ 34,550.76 | | | | |

/s/ BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 09/23/13
BRENDA PORTER HELMS, TRUSTEE

LFORM2XT
UST Form 101-7-TDR (5/1/2011) (Page: 11)

Ver: 17.03